UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIE ELKO, | ) | CASE NO.:  1:17-CV-02247 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE: |
| | ) | JENNIFER DOWDELL ARMSTRONG |
| vs. | ) | |
| | ) | |
| FLOYD TAKACS, et al., | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned

matter has been settled and dismissed, with prejudice, as against Defendants, Floyd Takacs, Daniel

Daugherty, and City of Olmsted Falls, Ohio.  The Court may enter an Order accordingly, notice

by the Clerk being hereby waived.

IT IS SO ORDERED.

MAG JUDGE JENNIFER DOWDELL ARMSTRONG

*Peter Pattakos   (per email consent 4/18/23)*
PETER PATTAKOS  (0082884)
The Pattakos Law Firm, LLC
101 Ghent Road
Fairlawn, OH  44333
(330) 836-8533
(330) 836-8536 – Fax
Email: peter@pattakoslaw.com

*Counsel for Plaintiff*

s/John T. McLandrich
JOHN T. MCLANDRICH  (0021494)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jmclandrich@mrrlaw.com

*Counsel for Defendants Floyd Takacs,
Daniel Daugherty, and City of Olmsted
Falls, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2023, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/John T. McLandrich*
JOHN T. MCLANDRICH  (0021494)

*Counsel for Defendants Floyd Takacs, Daniel Daugherty, and City of Olmsted Falls, Ohio*

2